IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00593-WYD-MEH

EARL F. NIGHTINGALE,

    Plaintiff,

v.

SEVEN SEVENTEEN HB DENVER CORPORATION d/b/a ADAM'S MARK HOTEL, and HBE CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 27, 2007.**

    Based upon the parties' agreement, and the entire record herein, Defendants' joint Amended Motion for Protective Order [Filed June 22, 2007; Docket #31] is **granted**. The Court will sign the Protective Order and enter it on the record.