IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00593-WYD-MEH

EARL NIGHTINGALE,

    Plaintiff,

v.

SEVEN SEVENTEEN HB DENVER CORPORATION, d/b/a ADAM'S MARK HOTEL, INC.; and
HBE CORPORATION,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed December 6, 2007). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorneys' fees without contribution from the other.

    Dated: December 10, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge